UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN ERNEST WILKESON,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN BYRD, et al.,<br><br>Defendants. | Case No. 2:24-cv-00479-RFB-BNW<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 10) of the Honorable Brenda N. Weksler, United States Magistrate Judge, entered on March 26, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 9, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations. However, the Court notes that Plaintiff has since filed an amended complaint (ECF No. 12) and therefore it is no longer necessary to adopt Judge Weksler's recommendation that Plaintiff file a complaint by April 26, 2024.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 10) is **ACCEPTED** and **ADOPTED in part.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 7) is **DENIED.** Plaintiff may re-file his motion for preliminary injunction once his amended complaint (ECF No. 14) has been screened.

**DATED:** April 22, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**